**FILED**

04/26/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0554

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0554

_____

CHERYL VOEGEL,

      Plaintiff and Appellant,

v.

DEVYN SALSBERRY,

      Defendant and Appellee.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Yvonne Laird, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 26 2023